IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY JAMES WILLIAMS, | ) | 1:05-cv-01649-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE OBJECTIONS |
| vs. | ) | (Doc. 14) |
| | ) | |
| RODERICK O. HICKMAN, et al., | ) | ORDER FOR CLERK TO SEND COPY OF |
| | ) | COMPLAINT TO PLAINTIFF |
| | ) | (Doc. 1) |
| Defendants. | ) | |
| | ) | THIRTY DAY DEADLINE TO FILE |
| | ) | OBJECTIONS |

On May 14, 2008, the Magistrate issued findings and a recommendation to dismiss this action for plaintiff's failure to comply with the court's order of March 25, 2008, which required him to file an amended complaint within thirty days. Plaintiff was given thirty days in which to file objections to the findings and recommendation. On May 21, 2008, plaintiff filed a motion for an extension of time to file objections. (Doc. 14.) In the motion, plaintiff explained that he has been without his property for more than four months, and he has trouble focusing because of medication he takes. Plaintiff also requested a copy of his complaint. Plaintiff's motion shall be granted.

1  Accordingly, good cause having been presented to the court, and GOOD CAUSE
2  APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time to file objections is GRANTED.  Within thirty (30) days from the date of service of this order, plaintiff shall file objections to the Magistrate's findings and recommendation issued on May 14, 2008; and

    2. The Clerk is DIRECTED to send to plaintiff a copy of his complaint filed on December 30, 2005.

IT IS SO ORDERED.

**Dated:**   **May 23, 2008**               **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE