# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bobby James Williams, | No. CV 1-05-1649-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| Roderick Hickman, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for the Appointment of Counsel (Dkt. # 27). The Court in reviewing the file notes that Plaintiff previously filed a motion for appointment of counsel (Dkt. # 10). The Court's Order (Dkt. # 11) denied the request. After consideration, the Court finds that Plaintiff does not meet the required exceptional circumstances for appointed counsel. Therefore,

**IT IS HEREBY ORDERED** denying the Motion for the Appointment of Counsel (Dkt. # 27).

DATED this 23rd day of April, 2009.

*H. Murray Snow*
G. Murray Snow
United States District Judge