UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bobby James Williams, | No. CV 1-05-1649-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| Roderick Hickman, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Entry of Default (Dkt. # 26). After review of the file, the Court notes that Defendant Contreras has filed a Motion to Dismiss (Dkt. # 29). Therefore,

**IT IS HEREBY ORDERED** denying the Motion for Entry of Default (Dkt. # 26) as moot.

DATED this 12th day of May, 2009.

*G. Murray Snow*
G. Murray Snow
United States District Judge