1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   BOBBY JAMES WILLIAMS,            )
                                     )        No. CV 1:05-1649-GMS
10                 Plaintiff,        )
                                     )
11  vs.                              )
                                     )        **ORDER**
12  RODERICK HICKMAN, et al.,        )
                                     )
13                 Defendants.       )
                                     )
14  _____ )

15

16          Plaintiff Bobby James Williams, an inmate confined in the California State Prison in

17  Corcoran, California, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. (Dkt. # 18.)

18  Plaintiff alleges that Defendant Contreras violated his constitutional rights by placing him in

19  standing cages for several hours and several days. (*See id.*) Currently pending before the Court

20  is the Motion to Dismiss of Defendant Contreras, which was filed on April 24, 2009. (Dkt. #

21  29.) Local Rule 78-230(m) requires that Plaintiff file and serve an opposition to the granting

22  of the motion "not more than eighteen (18) days, plus three (3) days for mailing or electronic

23  service, after the date of service of the motion."  As of May 29, 2009, Plaintiff has failed to

24  either timely file an opposition or request an extension to do so.  "Failure of the responding

25  party to file opposition or to file a statement of no opposition may be deemed a waiver of any

26  opposition to the granting of the motion and may result in the imposition of sanctions."  L.R.

27  78-230(m).

28

1    Although Plaintiff also names Luna, Bracken, and Caruso as Defendants, Defendant

2    Contreras is the only named defendant to have been served by Plaintiff.  Plaintiff filed his initial

3    Complaint naming Luna, Bracken, and Caruso as defendants on December 30, 2005.  (Dkt. #

4    1.)  Plaintiff again names these individuals as defendants in his Amended Complaint filed on

5    August 8, 2008.  Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served

6    within 120 days after the complaint is filed, the court – on motion or on its own after notice to

7    the plaintiff – must dismiss the action without prejudice against that defendant or order that

8    service be made within a specified time."  Accordingly,

9    **IT IS HEREBY ORDERED** that by **June 15, 2009**, Plaintiff shall file either an

10    opposition to Defendant's Motion to Dismiss (Dkt. # 29), or a statement of non-opposition to

11    the Motion.

12    **IT IS FURTHER ORDERED** that Plaintiff show cause as to why the Court should not

13    dismiss Defendants Luna, Bracken, and Caruso for failure to serve.  Plaintiff is directed to file

14    a memorandum doing so by **June 15, 2009.**  Failure to do so will result in the dismissal without

15    prejudice of the unserved defendants.

16    DATED this 1st day of June, 2009.

17

18    _____

19                 G. Murray Snow
              United States District Judge