# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BOBBY JAMES WILLIAMS,         )<br>                              )<br>            Plaintiff,        )<br>                              )<br> vs.                          )<br>                              )<br> RODERICK HICKMAN, et al.,    )<br>                              )<br>            Defendants.       )<br> _____) | No. CV 1:05-1649-GMS<br><br>**ORDER** |

Pursuant to the Court's Order (Dkt. # 31), Plaintiff has filed a Memorandum in Response to Order to Show Cause re Failure to Serve Defendants (Dkt. # 38). After consideration,

**IT IS HEREBY ORDERED** extending the time in which Plaintiff may serve Defendant Caruso for a period of **90 days** from the date of this Order, and directing the Clerk of the Court provide Plaintiff a service packet.

**IT IS FURTHER ORDERED** directing Plaintiff to immediately provide the U.S. Marshal the additional information necessary to effect service on Defendant Caruso.

**IT IS FURTHER ORDERED** directing the Clerk of the Court terminate Defendant Luna from this action pursuant to the Court's Order (Dkt. # 20).

DATED this 24th day of June, 2009.

_____
G. Murray Snow
United States District Judge