IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS, | No. CV-1:05-01649-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| RODERICK HICKMAN, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Refer Case to the Mediation Program (Dkt. # 55), and good cause appearing,

**IT IS HEREBY ORDERED** referring this matter to the Prisoner Mediation Program.

DATED this 4th day of November, 2009.

*G. Murray Snow*
G. Murray Snow
United States District Judge