IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

BOBBY JAMES WILLIAMS,

    Plaintiff,               No. 1:05-CV-1649-GMS

    vs.

RODERICK HICKMAN, et al.,

    Defendants.        ORDER

_____/

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to District Judge David O. Carter to conduct a settlement conference at the Santa Ana Courthouse on January 22, 2010, at 8:00 a.m.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference on January 22, 2010, at 8:00 a.m. at the Ronald Reagan Federal Building & U. S. Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701.

2. The parties are directed to provide confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, so that they arrive no later than December 20, 2009.

DATED this 19th day of November, 2009.

_____
G. Murray Snow
United States District Judge