IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BOBBY JAMES WILLIAMS, | |
| Plaintiff, | No. 1:05-CV-1649-GMS |
| vs. | |
| RODERICK HICKMAN, et al., | |
| Defendants. | ORDER |

Pending before the Court is Defendants' Motion to Modify Scheduling Order or, in the Alternative, Vacate Dates; Memorandum of Points and Authorities (Dkt. # 62). The fact that this matter is set for mediation is not sufficient to show "good cause" to modify the Scheduling Order. Therefore,

**IT IS HEREBY ORDERED** denying the Motion to Modify.

DATED this 3rd day of December, 2009.

_____
G. Murray Snow
United States District Judge

1