IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| BOBBY JAMES WILLIAMS, | | |
| Plaintiff, | No. 1:05-CV-1649-GMS | |
| vs. | | |
| RODERICK HICKMAN, et al., | | |
| Defendants. | <u>AMENDED ORDER</u> | |

Pending before the Court is Defendants' Motion to Modify Scheduling Order or, in the Alternative, Vacate Dates; Memorandum of Points and Authorities (Dkt. # 62). Although the Court does not deem ongoing settlement and/or mediation as good cause, after further consideration,

**IT IS HEREBY ORDERED** vacating the Court's Order (Dkt. # 63) and granting the Motion to Modify as follows:

1. Deadline to complete depositions is **February 22, 2010**.
2. Deadline for dispositive motions is **April 22, 2010**.

DATED this 8th day of December, 2009.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge