UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BOBBY JAMES WILLIAMS, | No. 1:05-CV-1649-GMS |
| Plaintiff, | ORDER CONTINUING SETTLEMENT CONFERENCE FROM JANUARY 22, 2010, TO JANUARY 28, 2010, BEFORE THE HONORABLE DAVID O. CARTER, AND REQUIRING BENJAMIN RICE OR STEPHANIE CLAUSS TO BE PERSONALLY PRESENT |
| vs. | |
| RODERICK HICKMAN, et al., | |
| Defendants. | ORDER <u>VACATING</u> ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FILED ON NOVEMBER 20, 2009 |
| | (Doc. 60) |
| | Date:     January 28, 2010<br>Time:     11:00 a.m.<br>Location: Courtroom 9D, U.S. District Court<br>               Santa Ana |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Bobby James Williams, a state prisoner proceeding pro se. On November 19, 2009, the Court issued an order setting this matter for a settlement conference on January 22, 2010, at 8:00 a.m. before United States District Judge David O. Carter, and on November 20, 2009, the Court issued an order and writ of habeas corpus ad testificandum requiring the Warden of California State Prison, Los Angeles County to produce Plaintiff for the settlement conference.

Due to the unavailability of the Court, the settlement conference is continued from January 22, 2010 to January 28, 2010 and the order and writ of habeas corpus ad testificandum filed on November 20, 2009 is vacated. An amended order and writ of habeas corpus ad testificandum requiring the Warden of California State Prison, Los Angeles County to produce Plaintiff for the settlement conference on January 28, 2010 will be issued concurrently with this order.

**Further, Judge Carter requires the personal presence of either Benjamin Rice, General Counsel for the California Department of Corrections and Rehabilitation, or Stephanie Clauss, Chief Deputy General Counsel, at the settlement conference on January 28, 2010.**

In accordance with the above, IT IS HEREBY ORDERED that:

1. The settlement conference set in this case is **CONTINUED from January 22, 2010, at 8:00 a.m. to January 28, 2010, at 11:00 a.m.** at the Ronald Reagan Federal Building & U. S. Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701;

2. Either CDCR General Counsel Benjamin Rice or Chief Deputy General Counsel Stephanie Clauss SHALL be personally present at the settlement conference;

3. The order and writ of habeas corpus ad testificandum filed on November 20, 2009, which requires the Warden of California State Prison, Los Angeles County to produce Plaintiff for the settlement conference on January 22, 2010, is **VACATED**;

4. The Clerk's Office shall serve by facsimile a copy of this order, along with a copy of the amended order and writ of habeas corpus ad testificandum issued concurrently with this order, on the Litigation Office and Out-To-Court Department at California State Prison, Los Angeles County, and CDCR Transportation;

5. The Clerk's Office shall serve by facsimile a copy of this order on Benjamin Rice, General Counsel for the California Department of Corrections and Rehabilitation, and Stephanie Clauss, Chief Deputy General Counsel at (916) 327-5306; and

6. Failure to comply with this order will be grounds for the imposition of sanctions deemed appropriate by the Court.

DATED this 12th day of January, 2010.

*[signature]*

G. Murray Snow
United States District Judge