IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY JAMES WILLIAMS,** | Case No. 1:05-cv-1649 GMS |
| Plaintiff, | **ORDER** |
| **v.** | |
| **RODERICK HICKMAN, et al.,** | |
| Defendants. | |

Pursuant to the parties' Stipulation for Voluntary Dismissal With Prejudice (Dkt. # 67), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action shall be dismissed with prejudice.

**IT IS HEREBY ORDERED** dismissing this action with prejudice.

Dated this 10th day of February, 2010.

_____
G. Murray Snow
United States District Judge

1